**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DHM Hospitality LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5260226** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2001 Broadstone** **Plano, TX 75025** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Collin** County | **Location of principal assets, if different from principal place of business** **910 Corn Products Road Corpus Christi, TX 78409** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **DHM Hospitality LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **DHM Hospitality LLC** _____ Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **DHM Hospitality LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 3, 2020**
MM / DD / YYYY

**X /s/ Hasmukh Patel**     **Hasmukh Patel**
Signature of authorized representative of debtor     Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X /s/ Eric A. Liepins**     Date  **February 3, 2020**
Signature of attorney for debtor     MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**     Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **DHM Hospitality LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ascentium Capital**<br>23970 Hwy 59 N<br>Kingwood, TX 77339-1535 | | | | | | $150,000.00 |
| **Avenu Insights & Analytics**<br>PO Box 830725<br>ATIN: TX Hotel Occupany Tax<br>Birmingham, AL 35283-0725 | | | | | | $145,000.00 |
| **Bank of Hope**<br>3200 Wilshire Blvd 7th Floor<br>Los Angeles, CA 90010 | | | | | | $2,150,000.00 |
| **City of Corpus Christi**<br>PO Box 9257<br>Corpus Christi, TX 78469-9257 | | | | | | $30,000.00 |
| **Dipak Amthabhai**<br>15247 Maroon Bell Lane<br>Frisco, TX 75035 | | | | | | $60,000.00 |
| **Ecolab**<br>P.O. Box 70343<br>Chicago, IL 60673 | | | | | | $15,000.00 |
| **Fairbridge Franchise**<br>5976 W Las Positas Suite #230 Blvd<br>Pleasonton, CA 94588 | | | | | | $16,000.00 |
| **Hasmukh Patel**<br>2001 Broadstone Dr<br>Plano, TX 75025 | | | | | | $70,000.00 |

Debtor **DHM Hospitality LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Home Tax Solutions**<br>**4849 Greenville Ave**<br>**Suite 1620**<br>**Dallas, TX 75206** | | | | | | $150,000.00 |
| **Hospitality Builders of America**<br>**2375 Airways Blvd**<br>**Memphis, TN 38114** | | | | | | $115,000.00 |
| **Law Offices of Van Shaw**<br>**2723 Fairmount St**<br>**Dallas, TX 75201** | | | | | | $32,000.00 |
| **Manher Patel**<br>**2375 Airways Blvd**<br>**Memphis, TN 38114** | | | | | | $550,000.00 |
| **Nimasa**<br>**801 S. Shoreline Blvd**<br>**Corpus Christi, TX 78401** | | | | | | $15,000.00 |
| **Nueces County Property Taxes**<br>**P.O. Box 2810**<br>**Corpus Christi, TX 78403-2810** | | | | | | $65,000.00 |
| **OYO Hotel 1920**<br>**McKinney Ave**<br>**Dallas, TX 75201** | | | | | | $90,000.00 |
| **Propel Financial Services**<br>**PO Box 100350**<br>**San Antonio, TX 78201** | | | | | | $100,000.00 |
| **Red Lion Hotels**<br>**201 W. North River Drive**<br>**Suite 100**<br>**Spokane, WA 99201** | | | | | | $145,000.00 |
| **Sima S Patel**<br>**2001 Broadstone Drive**<br>**Plano, TX 75025** | | | | | | $100,000.00 |
| **Tara Energy**<br>**P 0 Box 301438**<br>**Dallas, TX 75303-1410** | | | | | | $20,000.00 |
| **Trimont Real Estate**<br>**One Ravinia Drive**<br>**9th Floor**<br>**Atlanta, GA 30346** | | | | | | $350,000.00 |

.

ABC Pretreat
5101 Creekmont Drive
Corpus Christi, TX 78413

Absolute Alarm
6733 Weber Road
Suite #3
Corpus Christi, TX 78413

Alliance Laundry
PO Box 775840
Chicago, IL 60677-5840

Ascentium Capital
23970 Hwy 59 N
Kingwood, TX 77339-1535

ATI
P.O. Box 5014
Carol Stream, IL 60197-5014

Avenu Insights & Analytics
PO Box 830725
ATIN: TX Hotel
Occupany Tax
Birmingham, AL 35283-0725

Bank of Hope
3200 Wilshire Blvd
7th Floor
Los Angeles, CA 90010

Bisell Commercial
100 Armstrong Road
Suite 101
Plymouth, MA 02360

Bob Duggan's Pool
6058 Lost Creek Drive
Corpus Christi, TX 78425

Brite Star
57 S. Reynolds
Alice, TX 78332

C. W. Campbell Electric
802 Cantwell Lane
Corpus Christi, TX 78408

Carbons Golden Malted
P.O. Box 129 Concordville
PA 19331-0128

CC Disposal
2303 County Road 30
Corpus Christi, TX 78415

CC Nueces County
2406 Leopard Street
Corpus Christi, TX 78408

CC Produce
PO Box 4721
Corpus Christi, TX 78469-4721

City of Corpus Christi
PO Box 9257
Corpus Christi, TX 78469-9257

Clear Channel Airports
P.O. Box 847247
Dallas, TX 75284-7247

Commtrack
17493 Nassau
Commons
Lewes, DE 19958

Comptroller of Public Accounts
P.O. Box 149356
Austin, TX 78714-9356

Corpus Christi Chamber of Commerce
1501 North Chaparral
Corpus Christi, TX 78401

Craftman Glass
2003 Saratoga Blvd
Unit I
Corpus Christi, TX 78417

Culligan
110 N Staples
Corpus Christi, TX 78401

Dependable Computers
3017ShadyCreekLane
Corpus Christi, TX 78414

DHD Hospitality
8815 Conroy Windermere Road
Suite 537
Orlando, FL 32835

Dipak Amthabhai
15247 Maroon Bell Lane
Frisco, TX 75035

Door Direct
4833 Saratoga Blvd. #609
Corpus Christi, TX 78413-2213

Ecolab
P.O. Box 70343
Chicago, IL 60673

Expedia .
P.O Box 847677
Dallas, TX 75284-7677

Fairbridge Franchise
5976 W Las Positas
Suite #230 Blvd
Pleasonton, CA 94588

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

First Data
P.O. Box 173845
Denver, CO 80217

Hasmukh Patel
2001 Broadstone Dr
Plano, TX 75025

HD Supply
P.O. Box 509058
San Diego, CA 92150-9058

Home Tax Solutions
4849 Greenville Ave Suite 1620
Dallas, TX 75206

Hospitality Builders of America
2375 Airways Blvd
Memphis, TN 38114

Hunter Kelsey
3432 Greystone Suite 100
Austin, TX 78731

Iconic Sign
1826 South Padre
Suite B Island Drive
Corpus Christi, TX 78416

Interstate Batteries
4903 Ambassador Row
Corpus Christi, TX 78416

Law Offices of Van Shaw
2723 Fairmount St
Dallas, TX 75201

Lexyl Travel Technology
777 South Flagler Drive
Suite 800 WestTower
West Palm Beach, FL 33401

Manher Patel
2375 Airways Blvd
Memphis, TN 38114

Markel Insurance
P.O. Box 650028
Dallas, TX 75265-0028

Mindgames Comp
P.O. Box 7673
Corpus Christi, TX 78467

Mission Rest Supply
1737 North Padre Island Drive
Corpus Christi, TX 78408

Nesmith Electrical
3914 Covington Crossing Drive
Corpus Christi, TX 78414

Nimasa
801 S. Shoreline Blvd
Corpus Christi, TX 78401

Nueces County
2406 Leopard Street
Corpus Christi, TX 78408

Nueces County Property Taxes
P.O. Box 2810
Corpus Christi, TX 78403-2810

Nueces Elevator Co
P.O. Box 4993
Corpus Christi, TX 78469-4993

Otis
3230 Reid Drive Suite F
Corpus Christi, TX 78404

OYO Hotel 1920
McKinney Ave
Dallas, TX 75201

Pointer Insurance
P.O. Box 346 Suite 4
Southaven, MS 38671

Profire
P.O. Box 4859
Corpus Christi, TX 78469

Propel Financial Services
PO Box 100350
San Antonio, TX 78201

Red Lion Hotels
201 W. North River Drive
Suite 100
Spokane, WA 99201

Republic Alarm
1646 W Chester Pike Suite 31
West Chester, PA 19382-7979

Retailers Casualty
P.O. Box 32034
Lakeland, FL 33802-2034

Rotorooter
5541 Bear Lane Suite 202
Corpus Christi, TX 78405

Sams Club
4833 South Padre Island Drive
Corpus Christi, TX 78411

Sima S Patel
2001 Broadstone Drive
Plano, TX 75025

South Texas Boiler
P 0Box1441
Channelview, TX 77530

South Texas Restaurant
433 Mccampbell Road
Corpus Christi, TX 78408-2407

Spectrum
PO Box 60074
City of Industry, CA 90716-0074

Staples Advantage
P 0 Box 70242
Philadelphia, PA 19176-0242

State Comptroller
Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711-3528

Tara Energy
P 0 Box 301438
Dallas, TX 75303-1410

Tel Max
4221 O'Day Parkway
Corpus Christi, TX 78413

Travlu
8815 Conroy Windermere Road
Suite 537
Orlando, FL 32835

Trimont Real Estate
One Ravinia Drive 9th Floor
Atlanta, GA 30346